No. 978. U.S. FIDELITY & GUARANTY CO. *v.* TOLEDO ET AL.;

No. 979. STANDARD SURETY & CASUALTY CO. *v.* SAME;

No. 980. NATIONAL SURETY CO. *v.* SAME;

No. 981. GUARDIAN CASUALTY CO. *v.* SAME; and

No. 982. VAN SCHAICK, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, ET AL. *v.* SAME. Jurisdictional statement submitted May 5, 1934. Decided May 28, 1934. *Per Curiam:* The appeals herein are dismissed for the want of a substantial federal question. *Fisher* v. *New Orleans,* 218 U.S. 438, 440; *Seattle & Renton Ry.* v. *Linhoff,* 231 U.S. 568, 570; *Enterprise Irrigation District* v. *Canal Co.,* 243 U.S. 157, 165, 166; *Tidal Oil Co.* v. *Flannagan,* 263 U.S. 444, 451; *Hebert* v. *Louisiana,* 272 U.S. 312, 316, 317; *American Ry. Express Co.* v. *Ken-*

*tucky,* 273 U.S. 269, 272, 273; *Comer* v. *Washington, ante,* p. 610. *Mr. Ray Martin* for appellants in Nos. 978, 979, and 980. *Mr. Harold W. Fraser* for appellant in No. 981. *Mr. U. G. Denman* for appellants in No. 982. *Messrs. Ralph W. Doty* and *Earl F. Boxell* for appellees.